IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

ROBERT SMITH,
D.O.C. # 789293,

    Plaintiff,

v.                                                    4:24cv31–WS/MAF

JOHN DOE,
WAKULLA C.I.,
GOV. JOHN DOE, et al.,

    Defendants.

## ORDER ADOPTING THE MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

Before the court is the magistrate judge's report and recommendation (ECF No. 4) docketed March 8, 2024. The magistrate judge recommends that Plaintiff's case be dismissed pursuant to the three-strikes provision of 28 U.S.C. § 1915(g). Plaintiff has filed no objections to the report and recommendation.

Having reviewed the record, the undersigned finds—as did the magistrate judge—that Plaintiff is barred under § 1915(g) from proceeding in forma pauperis in this case.

Accordingly, it is ORDERED:

1. The magistrate judge's amended report and recommendation (ECF No. 4) is hereby ADOPTED and incorporated by reference into this order.

2. Plaintiff's complaint and this action are DISMISSED WITHOUT PREJUDICE to Plaintiff's initiating a new cause of action accompanied by the $405.00 filing fee.

3. The clerk shall enter judgment stating: "This case is dismissed without prejudice pursuant to 28 U.S.C. § 1915(g)."

4. The clerk shall note on the docket that this cause was dismissed pursuant to 28 U.S.C. § 1915(g).

5. The clerk shall close the case.

DONE AND ORDERED this ___8th___ day of ___April___, 2024.

s/ William Stafford
WILLIAM STAFFORD
SENIOR UNITED STATES DISTRICT JUDGE